Ozie M. WARE, Plaintiff—Appellant,

v.

Rodney PRUITT; Judge Flynn, Defendants—Appellees,

and

J.E. Patsourakos, Officer; Officer Griffin, Defendants.

No. 09–2290.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 19, 2010.

Ozie M. Ware, Appellant Pro Se. Evan Markus Gessner, Lide & Pauley, LLC, Lexington, South Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ozie M. Ware seeks to appeal the district court order dismissing his claims against two of the four Defendants named in his law suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S.

541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Ware seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*